UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                           MDL No. 2800

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On December 6, 2017, the Panel transferred 76 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 6, 2017, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

DEC 1 8 2017

James N. Hatten, Clerk
By:
Deputy Clerk

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                          MDL No. 2800

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 17-01606 | Rajput v. Equifax, Inc. |
| ALN | 5 | 17-01611 | Frank et al v. Equifax Inc. et al |
| ALN | 7 | 17-01595 | Davis et al v. Equifax Inc |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 17-00423 | Partridge v. Equifax, Inc. |
| **ALASKA** | | | |
| AK | 3 | 17-00208 | Mead et al v. Equifax Inc. et al |
| **ARIZONA** | | | |
| AZ | 4 | 17-00462 | Ayala et al v. Equifax Incorporated et al |
| AZ | 4 | 17-00490 | Cooper et al v. Equifax Incorporated et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 17-00597 | Daughtery et al v. Equifax Inc |
| **ARKANSAS WESTERN** | | | |
| ARW | 4 | 17-04088 | Gulley v. Equifax Inc. et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 17-06899 | Sarah Hamilton et al v. Equifax, Inc. |
| CAC | 2 | 17-06996 | Maria Schifano et al v. Equifax Inc. |
| CAC | 2 | 17-07180 | Barbara Trevino v. Equifax, Inc et al |
| CAC | 2 | 17-07991 | Amanda Janaye White et al v. Equifax, Inc. |
| CAC | 5 | 17-01929 | Mary Greenlee v. Equifax, Inc. |
| CAC | 8 | 17-01634 | Christopher Peters et al v. Equifax Information Services, LLC et al |

## CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 5 | 17-05355 | Crow et al v. Equifax, Inc. |
| CAN | 5 | 17-05367 | Block v. Equifax, Inc. et al |
| CAN | 5 | 17-05372 | Johns et al v. Equifax, Inc. |
| CAN | 5 | 17-05429 | Branch v. Equifax Inc. |
| CAN | 5 | 17-05454 | Evans v. Equifax, Inc. |
| CAN | 5 | 17-05524 | Malcolm B. Feied v. Equifax, Inc. |
| CAN | 5 | 17-05553 | Lee et al v. Equifax Inc. |
| CAN | 5 | 17-05586 | Goldweber v. Equifax Inc. |
| CAN | 5 | 17-05647 | Ialacci v. Equifax Inc et al |
| CAN | 5 | 17-05735 | Irwin v. Equifax, Inc |
| CAN | 5 | 17-05815 | Mobbs v. Equifax Inc. et al |
| CAN | 5 | 17-05958 | Barone v. Equifax, Inc. |

## CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 17-01955 | Fried v. Equifax Inc. |
| CAS | 3 | 17-02041 | Turner v. Equifax Inc. |
| CAS | 3 | 17-02158 | Butler v. Equifax Inc. |

## COLORADO

| | | | |
|---|---|---|---|
| CO | 1 | 17-02417 | Gay v. Equifax, Inc. |

## CONNECTICUT

| | | | |
|---|---|---|---|
| CT | 3 | 17-01668 | Quagliani v. Equifax, Inc. et al |
| CT | 3 | 17-01710 | Zribi v. Equifax, Inc. et al |

## DELAWARE

| | | | |
|---|---|---|---|
| DE | 1 | 17-01324 | Melrath v. Equifax, Inc. et al |
| DE | 1 | 17-01331 | Ray v. Equifax Inc. et al |
| DE | 1 | 17-01346 | Klavans v. Equifax Inc. et al |

## DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DC | 1 | 17-02119 | SANDER v. EQUIFAX INC. et al |

## FLORIDA MIDDLE

| | | | |
|---|---|---|---|
| FLM | 2 | 17-00538 | Young v. Equifax Inc. |
| FLM | 6 | 17-01653 | Astor et al v. Equifax Inc. et al |
| FLM | 6 | 17-01936 | Tweeddale v. Equifax, Inc. |
| FLM | 8 | 17-02289 | Stabenow et al v. Equifax, Inc. |

## FLORIDA NORTHERN

| | | | |
|---|---|---|---|
| FLN | 3 | 17-00727 | PERKINS et al v. EQUIFAX INC |

## FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 0 | 17-61833 | Eppy v. Equifax, Inc. |
| FLS | 0 | 17-61936 | Domino et al v. Equifax, Inc. |
| FLS | 1 | 17-23405 | Amuial v. Equifax, Inc. |
| FLS | 1 | 17-23465 | Podalsky et al v. Equifax, Inc. |
| FLS | 1 | 17-23510 | MARTINEZ et al v. EQUIFAX, INC. |
| FLS | 9 | 17-81056 | Geller et al v. Equifax, Inc. |

## GEORGIA MIDDLE

| | | | |
|---|---|---|---|
| ✓GAM | 7 | 17-00158 | BUSSEY v. EQUIFAX CREDIT BUREAU |

## HAWAII

| | | | |
|---|---|---|---|
| HI | 1 | 17-00466 | Gibson v. Equifax, Inc. |
| HI | 1 | 17-00468 | Prejean et al v. Equifax, Inc. |

## ILLINOIS CENTRAL

| | | | |
|---|---|---|---|
| ILC | 4 | 17-04279 | Benavidez et al v. EQUIFAX INC. et al |

## ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 17-06652 | Meyers et al v. Equifax Information Services LLC |
| ILN | 1 | 17-07120 | Hebrlee et al v. Equifax, Inc. et al |
| ~~ILN~~ | ~~1~~ | ~~17-07798~~ | ~~City Of Chicago v. Equifax Inc~~ Opposed 12/14/17 |
| ILN | 1 | 17-08224 | Biles v. Equifax, Inc. |

## ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 17-01102 | Stanfield et al v. Equifax Inc |

## INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 17-03581 | FAIL et al v. EQUIFAX INC. et al |

## IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 4 | 17-00342 | Cederdahl v. Equifax Information Services, LLC |
| IAS | 4 | 17-00349 | Taenzer et al v. Equifax, Inc. et al |
| IAS | 4 | 17-00392 | House v. Equifax Inc. et al |

## KANSAS

| | | | |
|---|---|---|---|
| KS | 5 | 17-04089 | Carr et al v. Equifax Inc. et al |

## KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 3 | 17-00087 | Tomlinson v. Equifax Inc. |

## KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 17-00564 | Benson v. Equifax Inc. |
| KYW | 3 | 17-00576 | Fausz v. Equifax Information Services, LLC |
| KYW | 5 | 17-00144 | Stiles v. Equifax Inc. et al |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 17-10520 | Pierre et al v. Equifax, Inc. et al |

## MAINE

| | | | |
|---|---|---|---|
| ME | 1 | 17-00372 | NAPIER v. EQUIFAX INC et al |

## MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 17-02803 | Williams v. Equifax Inc. et al |
| ~~MD~~ | ~~1~~ | ~~17-03246~~ | ~~Ward et al v. Equifax, Inc. et al~~ Opposed 12/8/17 |
| ~~MD~~ | ~~1~~ | ~~17-03358~~ | ~~Caprio v. Equifax, Inc.~~ Vacated 12/18/17 |
| ~~MD~~ | ~~1~~ | ~~17-03359~~ | ~~Beck v. Equifax, Inc.~~ Vacated 12/18/17 |
| MD | 1 | 17-03360 | Benway v. Equifax, Inc. |

## MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 17-11785 | Harper v. Equifax Inc. et al |

## MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 17-13307 | Williams v. Equifax Inc. et al |
| MIE | 2 | 17-13508 | Fuhrman v. Equifax Inc. et al |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 17-04289 | Henderson v. Equifax, Inc. et al |
| MN | 0 | 17-04488 | Appel et al v. Equifax, Inc. |
| MN | 0 | 17-04640 | Cadwallader et al v. Equifax Inc. et al |
| MN | 0 | 17-04655 | Baker v. Equifax, Inc. |

## MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 17-00147 | Kemp v. Equifax, Inc. et al |
| MSN | 3 | 17-00174 | Martin v. Equifax, Inc. |
| MSN | 3 | 17-00211 | Jones et al v. Equifax Inc. et al |

## MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 17-00744 | Martin v. Equifax, Inc. et al |

## MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 17-02433 | Stewart et al v. Equifax Inc. et al |
| MOE | 4 | 17-02434 | Crossett v. Equifax, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 17-00788 | Alexander et al v. Equifax, Inc. |

MONTANA

| | | | |
|---|---|---|---|
| MT | 2 | 17-00071 | Biorn v. Equifax Inc. |
| MT | 4 | 17-00103 | Sievers v. Equifax Inc. et al |
| MT | 6 | 17-00100 | Johnson v. Equifax Inc. |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 17-00438 | Greenwald et al v. Equifax, Inc. |
| NH | 1 | 17-00513 | Earl v. Equifax, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 17-07121 | BLAKE et al v. EQUIFAX, INC. et al |
| NJ | 1 | 17-07257 | KOHN et al v. EQUIFAX INC. et al |
| NJ | 1 | 17-07276 | BRADLEY v. EQUIFAX, INC. |
| NJ | 1 | 17-07284 | O'NEILL v. EQUIFAX, INC. et al |
| NJ | 1 | 17-07615 | GOTTLIEB, et al v. EQUIFAX, INC. |
| NJ | 1 | 17-07803 | FEEHRER et al v. EQUIFAX, INC. |
| NJ | 3 | 17-11414 | CHEHEBAR v. EQUIFAX INC. |
| NJ | 3 | 17-11417 | CHEHEBAR v. EQUIFAX INC. |
| NJ | 3 | 17-11419 | MANOPLA v. EQUIFAX INC. |
| NJ | 3 | 17-11424 | MANOPLA v. EQUIFAX INC. |
| NJ | 3 | 17-11437 | SEROR v. EQUIFAX INC. |
| NJ | 3 | 17-11440 | MANOPLA v. EQUIFAX INC. |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 17-01118 | Clark et al v. Equifax Inc. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 17-05489 | Klein et al v. Equifax Inc |
| NYE | 1 | 17-05555 | Mallh v. Equifax, Inc. |
| NYE | 1 | 17-06459 | Brumfield v. Equifax, Inc. |
| NYE | 1 | 17-06579 | Campos v. Equifax Inc. |
| NYE | 1 | 17-06584 | Duran v. Equifax Inc. |
| NYE | 1 | 17-06587 | Frazier v. Equifax Inc. |
| NYE | 1 | 17-06589 | Reyes v. Equifax Inc. |
| NYE | 1 | 17-06591 | Williams v. Equifax Inc. |
| NYE | 2 | 17-05528 | Brodsky v. Equifax Inc., et al. |
| NYE | 2 | 17-05548 | Farinella v. Equifax Information Services, LLC |
| NYE | 2 | 17-06576 | Ahmed v. Equifax Inc. |
| NYE | 2 | 17-06577 | Belfon v. Equifax Inc. |
| NYE | 2 | 17-06588 | Paul v. Equifax, Inc. |
| NYE | 2 | 17-06590 | Reyes v. Equifax, Inc. |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 17-01136 | Coade-Wingate v. Equifax Inc. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 17-07076 | Dash III v. Equifax Information Services LLC |
| NYS | 7 | 17-07088 | Flores et al v. Equifax Inc. |
| NYS | 7 | 17-07090 | Zweig et al v. Equifax Inc. et al |
| NYS | 7 | 17-07493 | Atiles et al v. Equifax, Inc. et al |
| NYS | 7 | 17-07642 | Abramowitz et al v. Equifax Inc. |
| NYS | 7 | 17-08175 | Diaz v. Equifax Inc. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 17-00258 | Sikes v. Equifax Inc. et al |
| NCW | 1 | 17-00268 | Weaver et al v. Equifax, Inc. |
| NCW | 3 | 17-00555 | Tate et al v. Equifax, Inc. |

NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 17-00196 | Hamre et al v. Equifax Information Services, LLC |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 17-02183 | Smith et al v. Equifax Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 17-00892 | Meade et al v. Equifax, Inc. |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 17-00569 | Miller et al v. Equifax Inc. et al |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 17-01184 | Southwick et al v. Equifax Inc et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 17-04205 | MINKA et al v. EQUIFAX INFORMATION SERVICES, INC. |
| PAE | 2 | 17-04246 | PACELLI v. EQUIFAX INFORMATION SERVICES, LLC |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 17-01670 | Ressetar et al v. Equifax, Inc. et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 1 | 17-00248 | WHIPPER et al v. EQUIFAX INC. et al |

RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 17-00489 | Wong v. Equifax, Inc. et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 17-02825 | Anderson et al v. Equifax Inc et al |
| SC | 4 | 17-02644 | Mason v. Equifax, Inc. |
| SC | 6 | 17-02510 | Powers et al v. Equifax Inc |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 17-01273 | Tipping v. Equifax Inc. |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 17-02694 | Messer, Jr. et al v. Equifax, Inc. |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 4 | 17-00660 | Woods et al v. Equifax, Inc et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 17-02464 | Johnson et al v. Equifax Inc et al |
| TXN | 3 | 17-02468 | Thomson et al v. Equifax Inc. |
| TXN | 3 | 17-03135 | Johnson et al v Equifax Inc |
| TXN | 4 | 17-00771 | Whitfill et al v. Equifax Inc et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 17-02778 | Wiltz et al v. Equifax, Inc et al |
| TXS | 4 | 17-02783 | Ramsay v. Equifax Inc. |
| TXS | 4 | 17-02931 | PARKHILL v. EQUIFAX INC et al |
| TXS | 4 | 17-02939 | Smith et al v. EQUIFAX INC et al |
| TXS | 4 | 17-03161 | Lawyer v. Equifax Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 17-00901 | Dash v. Equifax Information Services LLC |
| TXW | 1 | 17-00919 | Dhuka et al v. Equifax, Inc. |
| TXW | 1 | 17-00954 | Kalmick et al v. Equifax Inc. |
| TXW | 5 | 17-00900 | BECKER et al v. EQUIFAX INC. |

VERMONT

| | | | |
|---|---|---|---|
| VT | 5 | 17-00223 | Cole et al v. Equifax Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 17-00644 | Ogburn v. Equifax, Inc. et al |

| | | | |
|---|---|---|---|
| VAE | 3 | 17-00648 | Bethea et al v. Equifax, Inc. et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | .17-01657 | Campbell v. Equifax Inc. |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 3 | 17-04211 | Bailey v. Equifax Inc. et al |
| WVS | 5 | 17-04061 | Gladwell, et. al. v. Equifax, Inc., et. al. |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 1 | 17-01670 | Hyatt v. Equifax Information Services LLC et al |